# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

JASON LEOPOLD

        Plaintiff         Civil No.    14-168   (TSC)

vs.

        Category    I

DEPARTMENT OF JUSTICE

        Defendant

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on Jan 5, 2015 from Judge Randolph D. Moss to Judge Tanya S. Chutkan by direction of the Calendar Committee.

JUDGE ELLEN S. HUVELLE
Chair, Calendar and Case Management Committee

cc: Judge Randolph D. Moss & Courtroom Deputy

Judge Tanya S. Chutkan & Courtroom Deputy

Liaison, Calendar and Case Management Committee