UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
JASON LEOPOLD,                      )
                                    )
           Plaintiff,               )
                                    )   Civil Action No. 1:14-cv-00168 (APM)
      v.                            )
                                    )
UNITED STATES                       )
DEPARTMENT OF JUSTICE,              )
                                    )
           Defendant.               )
_____)

**NOTICE OF APPEAL**

PLEASE TAKE NOTICE that Defendant United States Department of Justice appeals to the United States Court of Appeals for the District of Columbia Circuit from the Memorandum Opinion and Order granting, in part, Plaintiff's Cross-Motion for Summary Judgment, entered on August 12, 2015 (ECF No. 27).

Dated: October 8, 2015

Respectfully submitted,

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director
Federal Programs Branch

*/s/ Stephen M. Elliott*
AMY POWELL
STEPHEN M. ELLIOTT
Attorneys
U.S. Department of Justice
20 Massachusetts Ave., N.W.
Washington, DC 20001
Tel: (202) 305-8177/Fax: (202) 616-8470
Email:  stephen.elliott@usdoj.gov

*Counsel for Defendant*