UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Jason Leopold, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 14-cv-00168 (APM) |
| ) | |
| Department of Justice, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## MEMORANDUM OPINION

On September 14, 2015, Defendant Department of Justice filed a Motion for Reconsideration.  ECF No. 30.  In that motion, Defendant asked the court to reconsider its ruling ordering Defendant to disclose certain redacted portions of the White Paper at issue in this case. *See* Mem. Op. and Order, ECF No. 27, at 23-24; *Leopold v. DOJ*, --- F. Supp. 3d ---, No. 14-cv-00168, 2015 WL 5297254, *12 (D.D.C. Aug. 12, 2015).

In light of the Court of Appeals' recent decision in a different case affirming Defendant's redactions to the White Paper in their entirety, *see* Notice of Suppl. Auth., ECF No. 39, the court will grant Defendant's motion, s*ee United States ex rel. Landis v. Tailwind Sports Corp.*, --- F. Supp. 3d ---, No. 10-cv-00976, 2016 WL 141615, *10 (D.D.C. Jan. 12, 2016) ("A court should 'grant a motion for reconsideration of an interlocutory order only when the movant demonstrates[ ] . . . an intervening change in the law . . . .'") (citations omitted).  Defendant, therefore, will not be required to disclose any additional excerpts from the White Paper.

A separate order accompanies this Memorandum Opinion.

Dated: April 25, 2016

Amit P. Mehta
United States District Judge